**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lindran Properties, LLC (Shoreline)** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3151063** |

| 4. | **Debtor's address** | **Principal place of business**<br><br>**4 Dunbar Road**<br>**Palm Beach Gardens, FL 33418**<br>Number, Street, City, State & ZIP Code<br><br>**Palm Beach**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**(See Attached Exhibit A)**<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |
|---|---|---|

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

Debtor **Lindran Properties, LLC (Shoreline)**  _____  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Lindran Properties, LLC (Shoreline)** _____ Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

  ☐ It needs to be physically secured or protected from the weather.

  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  ☐ Other

  **Where is the property?**   _____
     Number, Street, City, State & ZIP Code

  **Is the property insured?**
  ☐ No
  ☐ Yes.   Insurance agency   _____
           Contact name   _____
           Phone   _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Lindran Properties, LLC (Shoreline)**                                        Case number (*If known*)
         Name

■ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 27, 2020**
              MM / DD / YYYY

X _____                                    **Andrew Belew**
Signature of authorized representative of debtor                    Printed name

Title   **President**

**18. Signature of attorney**   X _____    Date   **January 27, 2020**
                                  Signature of attorney for debtor          MM / DD / YYYY

**Scott N. Schreiber 6191042**
Printed name

**Clark Hill PLC**
Firm name

**130 E. Randolph Street**
**Suite 3900**
**Chicago, IL 60601**
Number, Street, City, State & ZIP Code

Contact phone   **312-985-5595**            Email address   **sschreiber@clarkhill.com**

**6191042 IL**
Bar number and State

# EXHIBIT A

## LIST OF PROPERTIES

| ADDRESS | PIN(s) |
|---|---|
| 62-80 E 68th Street / 6752-54 S Michigan Ave, Chicago, IL 60637 | 20-22-301-038-0000 |
| 1704-10 E 77th / 7655-57 S East End Ave, Chicago, IL 60649 | 20-25-310-011 |
| 7938-48 S Greenwood Ave, Chicago, IL 60619 | 20-35-105-030; 20-35-105-031; 20-35-105-032; 20-35-105-033; 20-35-105-034; 20-35-105-035; and 20-35-105-036 |
| 7500-04 S Cottage Grove Ave / 749-755 E 75th Street, Chicago, IL 60619 | 20-27-407-019; and 20-27-407-020 |
| 7800 S South Shore Drive, Chicago, IL 60649 | 21-30-414-025 and 21-30-414-026 |
| 1745-57 E 69th / 6900-06 S Cregier Ave, Chicago, IL 60649 | 20-24-318-022 |
| 7250 S South Shore Drive, Chicago, IL 60649 | 21-30-107-022 |
| 2050-60 E 72nd Place, Chicago, IL 60649 | 20-25-207-044; 20-25-207-025; and 20-25-207-026 |
| 2025-35 E 72nd Street, Chicago, IL 60649 | 20-25-207-039 |
| 1516 E 70th Street, Chicago, IL 60637 | 20-23-418-012 and 20-23-418-013 |
| 233-241 E 115th Street, Chicago, IL 60628 | 25-22-303-001 and 25-22-303-002 |
| 7451 S Eberhart Ave / 500-512 E 75th Street, Chicago, IL 60619 | 20-27-226-032 |
| 7719-23 S Yates Blvd, Chicago, IL 60649 | 21-30-318-005 |

Fill in this information to identify the case:

Debtor name: **Lindran Properties, LLC (Shoreline)**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **All Types Elevators, Inc.** c/o Laurie Silvestri, Attorney 70 W. Madison St., Suite 2020 Chicago, IL 60602 | | **Mechanics Lien** | | $10,044.51 | $0.00 | $10,044.51 |
| **Bryant & Davalle PC** 1210 W. Northwest Hwy Palatine, IL 60067 | | | | | | $2,700.00 |
| **Carpet Concepts Company** 1346 W. 79th Street Chicago, IL 60620 | | | | | | $6,173.72 |
| **City of Chicago - Water Department** 121 N. LaSalle St. Room 107A Chicago, IL 60601 | | **Water Bill** | | | | $25,859.05 |
| **Halsted Law Group LLC** 520 North Halsted Street, Apt. 201 Chicago, IL 60642 | | | | | | $16,293.00 |
| **HD Supply/Peachtree Bus. Products** 1940 West Oak Circle Marietta, GA 30062 | | | | | | $3,764.74 |
| **Independent Recycling Services, Inc** 2401 South Laflin Street Chicago, IL 60608 | | | | | | $18,257.55 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor **Lindran Properties, LLC (Shoreline)**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lakeshore Recycling Systems LLC  6132 Oakton Street  Morton Grove, IL 60053 | | | | | | $4,633.35 |
| Lakeshore Recycling Systems LLC  6132 Oakton Street  Morton Grove, IL 60053 | | | | | | $6,675.51 |
| Law Offices of Ira Piltz Ltd  8170 McCormick Boulevard, Suite 116  Skokie, IL 60076 | | | | | | $5,930.00 |
| Michael Keefe dba Keefe HVAC  7408 West Archer Avenue  Summit Argo, IL 60501 | | | | | | $14,686.00 |
| Midwest Receivable Solution  PO Box 2087  Kalamazoo, MI 49003-2087 | | | | | | $19,223.27 |
| Paperstreet Properties  1641 Carroll Ave, Suite 201  Chicago, IL 60612 | | | Disputed | | | $289,839.58 |
| Peoples Gas  200 East Randolph Street  Chicago, IL 60601 | | | | | | $34,845.99 |
| Region Snow Removal LLC  328 West Old Ridge Road  Hobart, IN 46342 | | | | | | $7,774.35 |
| Resynergy Bill LLC  7575 North Loop 1604 West, Suite 10  San Antonio, TX 78249 | | | | | | $9,950.47 |
| The Lynd Company  4001 Pond Hill Road  San Antonio, TX 78231 | | | | | | $9,950.47 |

Debtor  **Lindran Properties, LLC (Shoreline)**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Unique Equity Property Invest. LLC<br>6411 South Parnell Ave<br>Chicago, IL 60621** | | | | | | **$26,450.00** |
| **Wortham Ins. & Risk Mgmt<br>1600 West 7th Street<br>Fort Worth, TX 76102** | | | | | | **$10,879.00** |
| **Zepsa Mechanical<br>500 North Michigan Avenue<br>Chicago, IL 60611** | | | | | | **$7,713.03** |

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Lindran Properties, LLC (Shoreline)**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Better Housing Foundation<br>4 Dunbar Road<br>Palm Beach Gardens, FL 33418 | | 100% | Membership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 27, 2020**

Signature _Andrew Belew_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re __Lindran Properties, LLC (Shoreline)__

Debtor(s)

Case No. _____

Chapter __11__

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: __57__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __January 27, 2020__

Andrew Belew/President
Signer/Title

All Types Elevators, Inc.
c/o Laurie Silvestri, Attorney
70 W. Madison St., Suite 2020
Chicago, IL 60602

Anderson Elevator Co.
2801 S. 19th Avenue
Broadview, IL 60155

BG Personnel LP dba BG Multifamily
14901 Quorum Drive, #125
Dallas, TX 75254

Bryant & Davalle PC
1210 W. Northwest Hwy
Palatine, IL 60067

Carpet Concepts Company
1346 W. 79th Street
Chicago, IL 60620

Chadwell Supply
6606 Tussing Road
Reynoldsburg, OH 43068

CII, as Receiver for the Property
c/o Megan McGillivary
29 E. Madison St., Suite 950
Chicago, IL 60602

City of Chicago - Legal Department
121 North LaSalle Street
Suite 600
Chicago, IL 60602

City of Chicago - Legal Department
c/o Greg Janes, Building & License
30 N. LaSalle St., Suite 700
Chicago, IL 60602

City of Chicago - Water Department
121 N. LaSalle St. Room 107A
Chicago, IL 60601

Consilium Capital Partners LLC  
4 Dunbar Road  
Palm Beach Gardens, FL 33418

Cycor, Inc.  
2712 W. Tuohy Ave.  
Chicago, IL 60645

Danny McGhee  
c/o Michael McCready  
10008 S. Western Ave.  
Chicago, IL 60643

Department of Treasury  
Internal Revenue Service  
PO Box 7346  
Philadelphia, PA 19101-7346

Dynamic Iron Inc  
24001 S. Western Ave.  
Park Forest, IL 60466

Emet Capital Management, LLC  
589 Fifth Avenue, 16th Floor  
New York, NY 10017

Eric Walker  
Perkins Coie  
131 S. Dearborn Street Suite 1700  
Chicago, IL 60603

Everbank Commercial Finance  
1 Harbour Place  
Portsmouth, NH 03801

Giglio Signs  
1961 Hendricks Avenue  
Jacksonville, FL 32207

Goldman & Grant Ltd  
205 W. Randolph, Suite 1100  
Chicago, IL 60606

```
Halsted Law Group LLC
520 North Halsted Street, Apt. 201
Chicago, IL 60642


HD Supply/Peachtree Bus. Products
1940 West Oak Circle
Marietta, GA 30062


IL Dept of Employment Security
Benefit Payment Control Division
P O Box 4385
Chicago, IL 60680


IL Student Assistance Commission
Bankruptcy Department
1755 Lake Cook Road
Deerfield, IL 60015


Illinois Department of Revenue
Bankruptcy Unit
P O Box 19035
Springfield, IL 62794-9035


Illinois Finance Authority - Legal
Attn: Elizabeth Weber
160 N. LaSalle St., Suite S-1000
Chicago, IL 60601


Independent Recycling Services, Inc
2401 South Laflin Street
Chicago, IL 60608


Karry L. Young Development LLC
1310 E. 75th Street
Chicago, IL 60619


Lakeshore Recycling Systems LLC
6132 Oakton Street
Morton Grove, IL 60053


Law Offices of Ira Piltz Ltd
8170 McCormick Boulevard, Suite 116
Skokie, IL 60076
```

```
Law Offices of Marvin Husby
852 West Armitage Avenue
Chicago, IL 60614


Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202


Maintenance Supply Headquarters
6910 Brasada Drive
Houston, TX 77085


Michael Keefe dba Keefe HVAC
7408 West Archer Avenue
Summit Argo, IL 60501


Midwest Receivable Solution
PO Box 2087
Kalamazoo, MI 49003-2087


Nat Piggee
TigerLaw
220 N. Green Street
Chicago, IL 60607


Nat'l Apartment Assoc. Educ. Inst.
4300 Wilson Boulevard, Suite 800
Arlington, VA 22203


Office Depot
6600 North Military Trail
Boca Raton, FL 33496


Paperstreet Properties
1641 Carroll Ave, Suite 201
Chicago, IL 60612


Peoples Gas
200 East Randolph Street
Chicago, IL 60601


Pest Management Services
12761 Western Avenue
Blue Island, IL 60406
```

PRE Holdings 14, LLC
c/o Krusha Patel
549 W. Randolph Street, 2nd Floor
Chicago, IL 60661


PRE Holdings 14, LLC
c/o Eric Walker, Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603


Realpage One
2201 Lakeside Boulevard
Richardson, TX 75082


Region Snow Removal LLC
328 West Old Ridge Road
Hobart, IN 46342


Resynergy Bill LLC
7575 North Loop 1604 West, Suite 10
San Antonio, TX 78249


The Lynd Company
4001 Pond Hill Road
San Antonio, TX 78231


UMB Bank N.A.
c/o Michael Slade, Indenture Truste
120 6th Street, Suite 1400
Minneapolis, MN 55402


UMB Bank N.A., c/o William Smith
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606


Unique Equity Property Invest. LLC
6411 South Parnell Ave
Chicago, IL 60621


US Envir. Protection Agency
Richard L. Nagle Bankruptcy Contact
US EPA Region 5 Mail Code: C-14J
Chicago, IL 60604

```
US Securities & Exchange Commission
175 W Jackson Blvd # 900
Chicago, IL 60604


William Smith
McDermott Will & Emery
444 West Lake Street, Suite 4000
Chicago, IL 60606


Wilmington Trust
c/o Cam Lindsey, Trustee
15950 N. Dallas Parkway, Suite 550
Dallas, TX 75248


Wortham Ins. & Risk Mgmt
1600 West 7th Street
Fort Worth, TX 76102


Yardstick Properties LLC
647 E. 75th Street, Floor 1
Chicago, IL 60619


Zepsa Mechanical
500 North Michigan Avenue
Chicago, IL 60611
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Lindran Properties, LLC (Shoreline)**                         Case No. _____
                                    Debtor(s)                          Chapter  **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Lindran Properties, LLC (Shoreline)** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Better Housing Foundation**
**4 Dunbar Road**
**Palm Beach Gardens, FL 33418**

☐ None [*Check if applicable*]


**January 27, 2020**
Date

*/s/ Scott N. Schreiber*
**Scott N. Schreiber 6191042**
Signature of Attorney or Litigant
Counsel for  **Lindran Properties, LLC (Shoreline)**
**Clark Hill PLC**
**130 E. Randolph Street**
**Suite 3900**
**Chicago, IL 60601**
**312-985-5595**
**sschreiber@clarkhill.com**