# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LINDRAN PROPERTIES, LLC (SHORELINE) | ) | Case No. 20-02834 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | |

## AMENDED NOTICE OF APPLICATION TO AUTHORIZE THE RETENTION AND EMPLOYMENT OF CLARK HILL PLC AS BANKRUPTCY COUNSEL

**PLEASE TAKE NOTICE** that on **February 25, 2020 at 10:00 a.m.** (prevailing Central Time) or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jack B. Schmetterer in Courtroom 682 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the *Application to Authorize the Retention and Employment of Clark Hill PLC* (the "Application"), at which time and place you may appear if you so desire

Dated: February 17, 2020

Respectfully submitted,

**LINDRAN PROPERTIES, LLC (SHORELINE)**

By: /s/ *Kevin H. Morse*
      One of Its Proposed Attorneys

Scott N. Schreiber (#06191042)
Kevin H. Morse (#06297244)
CLARK HILL PLC
130 East Randolph Street | Suite 3900
Chicago, Illinois 60601
T: (312) 985-5595
F: (312) 985-5984
sschreiber@clarkhill.com
kmorse@clarkhill.com

223286594.v1

    I, Kevin H. Morse, an attorney, certify that I caused a copy of the following documents Amended Notice of Motion and Application to Employ Clark Hill PLC as Bankruptcy Counsel to the Debtor [Docket No. 25] to be served on the parties listed on the attached service lists via the Court's CM/ECF System (**Exhibit A**) and/or U.S. Mail, postage prepaid (**Exhibit B**), on February 17, 2020.

Dated: February 17, 2020        By: /s/ *Kevin H. Morse*

**Exhibit A**

William S Hackney, III
Better Housing Foundation LLC
whackney@salawus.com
jadams@salawus.com
dkreide@salawus.com

James Kapp
UMB Bank, n.a., as successor Indenture Trustee
jkapp@mwe.com

Charles A King
City of Chicago
chuck.king@cityofchicago.org

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Kevin H Morse
Lindran Properties, LLC (Shoreline)
kmorse@clarkhill.com

Joseph M Robinson
UMB Bank, n.a., as successor Indenture Trustee
jmrobinson@mwe.com

Scott N. Schreiber
Lindran Properties, LLC (Shoreline)
sschreiber@clarkhill.com, blambert@clarkhill.com

Eric E. Walker
PRE Holdings 14, LLC
ewalker@perkinscoie.com
Docketchi@perkinscoie.com
rleibowitz@perkinscoie.com

223286594.v1

**Exhibit B**

Lindran Properties, LLC (Shoreline)
4 Dunbar Road
Palm Beach Gardens, Florida 33418-6816

All Types Elevators, Inc.
c/o Laurie Silvestri, Esq.
70 West Madison Street | Suite 2020
Chicago, Illinois 60602-4241

Bryant & Davalle PC
1210 West Northwest Highway
Palatine, Illinois 60067-1897

CII, as Receiver for the Property
c/o Megan McGillivary
29 East Madison Street | Suite 950
Chicago, Illinois 60602-4535

Carpet Concepts Company
1346 West 79th Street
Chicago, Illinois 60620-3714

City of Chicago
Attention: Legal Department
121 North LaSalle Street | Suite 600
Chicago, Illinois 60602-1244

City of Chicago – Legal Department
Attention: Greg Janes, Building & License
30 North LaSalle Street | Suite 700
Chicago, Illinois 60602-2503

City of Chicago
Attention: Water Department
121 North LaSalle Street | Room 107A
Chicago, Illinois 60602-1232

Community Initiatives, Inc., Receiver
222 South Riverside Plaza | #380
Chicago, Illinois 60606-7801

Department of Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101-7346

HD Supply / Peachtree Business Products
1940 West Oak Circle
Marietta, Georgia 30062

Halsted Law Group LLC
520 North Halsted Street | Apt. 201
Chicago, Illinois 60642-7566

Illinois Department of Employment Security
Benefit Payment Control Division
P.O. Box 4385
Chicago, Illinois 60680-4385

ILLINOIS DEPARTMENT OF REVENUE
Attention: Bankruptcy Unit
P.O. Box 19035
Springfield, Illinois 62794-9035

Illinois Finance Authority – Legal
Attention: Elizabeth Weber
160 North LaSalle Street | Suite S-1000
Chicago, Illinois 60601-3124

Independent Recycling Services, Inc.
2401 South Laflin Street
Chicago, Illinois 60608-5005

223286594.v1

| | |
|---|---|
| Lakeshore Recycling Systems LLC<br>6132 Oakton Street<br>Morton Grove, Illinois 60053-2718 | Law Offices of Ira Piltz Ltd.<br>8170 McCormick Boulevard \| Suite 116<br>Skokie, Illinois 60076-2914 |
| Michael Keefe dba Keefe HVAC<br>7408 West Archer Avenue<br>Summit Argo, Illinois 60501-1218 | Midwest Receivable Solution<br>P.O. Box 2087<br>Kalamazoo, Michigan 49003-2087 |
| PRE Holdings 14, LLC<br>c/o Eric Walker, Perkins Coie LLP<br>131 South Dearborn Street \| Suite 1700<br>Chicago, Illinois 60603-5559 | PRE Holdings 14, LLC<br>c/o Krusha Patel<br>549 West Randolph Street \| 2nd Floor<br>Chicago, Illinois 60661-2208 |
| Paperstreet Properties<br>1641 Carrol Avenue \| Suite 201<br>Chicago, Illinois 60612-2506 | Peoples Gas<br>200 East Randolph Street<br>Chicago, Illinois 60601-6302 |
| Region Snow Removal LLC<br>328 West Old Ridge Road<br>Hobart, Indiana 46342-4242 | Resynergy Bill LLC<br>7575 North Loop 1604 West \| Suite 10<br>San Antonio, Texas 78249-2968 |
| The Lynd Company<br>4001 Pond Hill Road<br>San Antonio, Texas 78231-1291 | UMB Bank N.A.<br>c/o Michael Slade, Indenture Trustee<br>120 6th Street \| Suite 1400<br>Minneapolis, Minnesota 55402-1807 |
| UMB Bank N.A.<br>c/o William Smith<br>McDermott Will & Emery LLP<br>444 West Lake Street \| Suite 4000<br>Chicago, Illinois 60606-0029 | US Securities & Exchange Commission<br>175 West Jackson Boulevard \| Suite 900<br>Chicago, Illinois 60604-2908 |
| Unique Equity Property Investments LLC<br>6411 South Parnell Avenue<br>Chicago, Illinois 60621-2719 | Wortham Insurance & Risk Management<br>1600 West 7th Street<br>Fort Worth, Texas 76102-2596 |
| Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 South Dearborn Street \| Room 873<br>Chicago, Illinois 60604-2027 | |

223286594.v1