# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LINDRAN PROPERTIES, LLC (SHORELINE) | ) | Case No. 20-02834 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on **February 20, 2020**, Lindran Properties, LLC (Shoreline) filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois – Eastern Divions the *Written Consent of Sole Member and Manager of Lindran Properties, LLC*, a copy of which is hereby served upon you.

Dated: February 20, 2020

Respectfully submitted,

**LINDRAN PROPERTIES, LLC (SHORELINE)**

By: /s/ *Kevin H. Morse*
      One of Its Proposed Attorneys

Scott N. Schreiber (#06191042)
Kevin H. Morse (#06297244)
CLARK HILL PLC
130 East Randolph Street | Suite 3900
Chicago, Illinois 60601
T: (312) 985-5595
F: (312) 985-5984
sschreiber@clarkhill.com
kmorse@clarkhill.com

223341833.v1

**CERTIFICATE OF SERVICE**

    I, Kevin H. Morse, an attorney, certify that I caused a copy of the Member Consent to be served on the parties listed on the attached service lists via the Court's CM/ECF System, on February 20, 2020.

Dated: February 20, 2020          By: /s/ *Kevin H. Morse*

**Exhibit A**

William S Hackney, III
Better Housing Foundation LLC
whackney@salawus.com
jadams@salawus.com
dkreide@salawus.com

James Kapp
UMB Bank, n.a., as successor Indenture Trustee
jkapp@mwe.com

Charles A King
City of Chicago
chuck.king@cityofchicago.org

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Kevin H Morse
Lindran Properties, LLC (Shoreline)
kmorse@clarkhill.com

Joseph M Robinson
UMB Bank, n.a., as successor Indenture Trustee
jmrobinson@mwe.com

Scott N. Schreiber
Lindran Properties, LLC (Shoreline)
sschreiber@clarkhill.com, blambert@clarkhill.com

Eric E. Walker
PRE Holdings 14, LLC
ewalker@perkinscoie.com
Docketchi@perkinscoie.com
rleibowitz@perkinscoie.com

# WRITTEN CONSENT OF SOLE MEMBER AND MANAGER OF LINDRAN PROPERTIES, LLC

Pursuant to Illinois law, the undersigned, being the sole member and manager (the "*Manager*") of Lindran Properties, LLC, an Illinois limited liability company (the "*Company*") hereby agree to and adopt the following resolutions by written consent:

WHEREAS, the Manager of the Company has reviewed the financial records of the Company, has considered the business and financial condition of the Company, and is aware of the assets, liabilities, potential liabilities and liquidity of the Company; and has had the opportunity to consult with the management and advisors of the Company and fully considered all of the strategic alternatives available to the Company; and

WHEREAS, as a result of the Company's current financial situation, it appears that it may be necessary to file a reorganization of the Company under chapter 11 (the "*Bankruptcy*") of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Northern District of Illinois or such other bankruptcy court in which venue may be proper (the "*Bankruptcy Court*");

IT IS THEREFORE, RESOLVED, that the Manager has determined in its judgment that it may be desirable and in the best interests of the Company, its creditors, and other interested parties to commence the Bankruptcy;

RESOLVED, that that the President of the Company is hereby authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Bankruptcy, and to take any and all further acts and deeds that they deem necessary, proper, and desirable in connection with the Bankruptcy, with a view to the successful administration of such case; and further

RESOLVED, that the President is authorized and empowered to, in the name and on behalf of the Company, to negotiate, make, execute and deliver, either jointly or severally, any and all debtor-in-possession documents related to the sale of the Company and/or its assets (the "*Sale*"), and any and all amendments, supplements, modifications, extensions, replacements, agreements, documents, and instruments relating to the foregoing, subject to the requisite Bankruptcy Court approval; and further

RESOLVED, that the law firm of Clark Hill PLC, and such other law firms as may be employed by the Company with the written approval of the President, is hereby engaged as general bankruptcy counsel for the Company under general retainer in the Bankruptcy, subject to any requisite Bankruptcy Court approval; and further

RESOLVED, that the Company with the written approval of the President, is hereby authorized to retain and employ a financial advisor and such other professionals as it deems necessary, proper or desirable during the course of the Bankruptcy, subject to any requisite Bankruptcy Court approval; and further

RESOLVED, that any and all actions taken by the President, Manager, or representatives of the Company, for and on behalf of the Company and in the name of the Company, prior to the adoption of these resolutions, including, but not limited to, the negotiation of any documents related to the Sale, are hereby ratified, confirmed, and approved in all respects for all purposes; and further

RESOLVED, that in addition to the specific authorizations herein conferred upon the President, the President is authorized and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in the President's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the foregoing resolutions, subject to any requisite Bankruptcy Court approval.

IN WITNESS WHEREOF, the undersigned Manager of the Company hereby evidences its written consent to the foregoing resolutions effective as of this 27 day of January 2020.

BETTER HOUSING FOUNDATION, AN OHIO NOT-FOR-PROFIT CORPORATION, AS SOLE MEMBER AND MANAGER OF LINDRAN PROPERTIES, LLC

By: _____
Andrew Belew, President

223047644.v1