# **<u>EXHIBIT A</u>**





**WELCOME HOME.**

## ABOUT US

After 10 years of housing development and management throughout Chicago, Indianapolis and Baltimore, Pangea Real Estate has built a reputation as a community leader in quality housing, continually meeting the needs of our residents and the neighborhoods we serve. Our community reputation allows us to attract and retain the best employees, which means our residents benefit from industry best practices, resulting in quality rentals and outstanding service. It is our belief that everyone deserves the opportunity for a better standard of living.



### Pangea Highlights:

- Owns over **13,000+** rentals in **3** markets
- Employs over **460+** people
- Has spent over **$415MM** rehabilitating properties
- Is **100%** privately funded
- Is the **largest** known owner/operator of multi-family housing in our areas

## Achievements

  

| | | |
|---|---|---|
| 2013–2017 | 2015 | 2015-2017 |
| **Fastest Growing Private Companies in America** | **America's Most Promising Companies** | **Chicago's Fifty Fastest Growing Companies** |
| *5th Straight Year* | 1 OF ONLY 3 CHICAGO COMPANIES LISTED | *3rd Straight Year* |
| | #72 Overall Rank | |



549 W. Randplph St, 2nd Floor
Chicago, IL 60661

**O** 312.924.5745  |  **F** 847.574.8179
**W** PangeaProperties.com

# OUR PORTFOLIO FOOTPRINT



**Baltimore**
680+ Apartments & Rowhomes

**Indianapolis**
3000+ Apartments & Townhomes

**Chicago**
9300+ Apartments & Townhomes

549 W. Randlplph St, 2nd Floor
Chicago, IL 60661


pangea

**O** 312.924.5745  |  **F** 847.574.8179
**W** PangeaProperties.com

# LONG TERM FOCUSED OWNER OPERATOR

At Pangea Real Estate, we're invested in the success of our buildings and the revitalization of the neighborhoods we service. We own our apartment buildings and handle all property management functions in-house: from construction to leasing to maintenance. Because of this, we are hands on in ensuring that all matters are personally attended to and we are dedicated to swift, effective problem resolution. By providing a quality living condition and successfully screening our prospective residents we help to offer our residents a safe and secure living condition. From building to building and block to block we can help improve the dynamics of the neighborhoods we service.




We take pride in maintaining the exterior and common grounds of our properties by actively managing through patrol, maintenance and effective resident relations. Many of our buildings feature 24/7 security cameras, free wireless internet, coin laundry and gated exteriors.

Pangea's apartment units are newly rehabbed and many feature a modern kitchen and bathroom, modern appliances and hardwood floors. We pride ourself on our attention to detail to ensure our tenants receive the best quality finishes and apartment units in the neighborhoods we service.







549 W. Randlph St, 2nd Floor
Chicago, IL 60661

pangea

O 312.924.5745 | F 847.574.8179
W PangeaProperties.com

# PREMIER APARTMENT RENTALS

Before & After

### 8000 S. PAULINA ST.


BEFORE


AFTER


BEFORE


AFTER

549 W. Randplph St, 2nd Floor
Chicago, IL 60661

pangea

O 312.924.5745  |  F 847.574.8179
W PangeaProperties.com

# PREMIER APARTMENT RENTALS

Before & After

### 1357 N. HOMAN AVE.

 BEFORE
 AFTER

### 3600 W. FRANKLIN BLVD.

 BEFORE
 AFTER

# PREMIER APARTMENT RENTALS

Before & After

### 13300 S. INDIANA AVE.


BEFORE


AFTER

### 1860 S. KOMENSKY AVE.


BEFORE


AFTER

# COMMUNITY OUTREACH

Pangea recognizes the need to give back to the communities in which we serve. We don't just invest in the success of individual buildings, we invest in the success of communities.

At Pangea, we believe that helping and caring isn't limited to a nine-to-five schedule and our strong culture of service and desire to make a meaningful social impact is at the heart of our company. We know that change takes time; that's why we're in this for the long term. And it's not something we're doing alone. We're taking a collaborative approach to tackling these problems — working with Pangea Real Estate residents, local government officials and leading non-profit organizations. We are focused on a positive future and creating vibrancy in our communities.

### Pangea's Foundation Program

A paid, hands-on training course that provides work experience and mentorship to help navigate budding careers to high school juniors and seniors.



### Back to School Backpack Giveaway

In collaboration with the Chicago White Sox, Pangea helped sponsor the CHA's "Back to School" event at the Brookfield Zoo by donating 400 backpacks & helping distribute school supplies and serve lunches.



### Breakthrough HomeCourt Basketball Tournament

Pangea sponsored one of the events by providing food and volunteers to join the 20-team basketball tournament.






### Murray Park Clean Up

In collaboration with the Chicago Park District, Pangeans showed up in the rain to help spread specialized wood chips used to prevent children from injuring themselves on the playground.





549 W. Randplph St, 2nd Floor
Chicago, IL 60661

O 312.924.5745  |  F 847.574.8179
W PangeaProperties.com

# APPENDIX



549 W. Randplph St, 2ND Floor, Chicago, IL 60661
O 312.924.5745 | F 847.574.8179
W PangeaProperties.com

# LETTER OF SUPPORT



**MICHELLE A. HARRIS**
ALDERMAN-8TH WARD

PUBLIC SERVICE OFFICE
8539 SOUTH COTTAGE AVENUE, SUITE A
CHICAGO, ILLINOIS 60619
TELEPHONE: 773-874-3300
FAX: 773-224-2425

**MICHELLE A. HARRIS**
CITY HALL, ROOM 200
121 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60602
TELEPHONE 312-744-3075

**COMMITTEE MEMBERSHIPS**

COMMITTEES, RULES & ETHICS
(CHAIRMAN)

BUDGET AND GOVERNMENT
OPERATIONS

FINANCE

PUBLIC SAFETY

WORKFORCE DEVELOPMENT AND AUDIT

ZONING, LANDMARKS AND
BUILDING STANDARDS

December 9, 2013

To Whom It May Concern,

I would like to extend my support of Pangea Real Estate, and their efforts in the rehabilitation and consistent maintenance of some our community's buildings. In the 8th Ward Pangea purchased four specific properties, 8155 S. Ingleside, 8200 S. Ingleside, 910 E. 82nd, and 8148 S. Ingleside. Essentially taking four properties on the corner of the 8200 block of Ingleside and transforming both the look and the feel of it.

Since its acquisition of these buildings, Pangea has instilled safety measures to ensure the security of its residents and their initiatives have been well-received by the community as a whole.

Pangea has done this in more 8th Ward communities other than this one with very similar results, and I commend their accomplishments and look forward to working closely with them on more housing development projects.

Sincerely,

*Michelle A. Harris*

Michelle A. Harris
Alderman, 8th Ward



549 W. Randplph St, 2nd Floor
Chicago, IL 60661

**O** 312.924.5745 | **F** 847.574.8179
**W** PangeaProperties.com

# LETTER OF SUPPORT



**CITY COUNCIL**
COUNCIL CHAMBER
City Hall—Room 200
121 North LaSalle Street
Chicago, Illinois 60602

**JASON C. ERVIN**

**CITY OF CHICAGO**

Alderman, 28th Ward
2602 W. 16th Street
Chicago, Illinois 60608
Telephone: (773) 533-0900
Fax: (773) 522-9842
jason.ervin@cityofchicago.org
www.AldermanErvin.com

**COMMITTEE MEMBERSHIPS**

Committees, Rules and Ethics
Economic, Capital & Technology Development
Education and Child Development
Finance
Pedestrian and Traffic Safety
Transportation

October 28, 2013

Chris Milliner, Regional Manager
Pangaea Real Estate
640 N La Salle, Suite 638
Chicago, IL 60654

Dear Chris,

As Alderman of the 28th Ward, I am writing in support of Pangea Real Estate's rehabilitation of one of our community's most troubled buildings, located at 3501 S. Adams Street in East Garfield Park.

Before being acquired by Pangea, 3501 S. Adams was occupied by tenants who hadn't paid rent in years. The building was highly distressed, attracting unlawful activity and subsequently being placed on our troubled building list.

Despite the challenge posed by this building, Pangea worked in collaboration with our office to turn it around. They managed to secure and vacate the property, garnering results in less than 60 days and becoming one of the most well liked management companies in the community.

I commend Pangea Real Estate for taking the initiative and successfully securing a building once rife with challenges. I look forward to working closely with them in the future.

Sincerely,

Jason Ervin
Alderman, 28th Ward

*"Moving the 28th Ward to the Next Level"*



549 W. Randplph St, 2nd Floor
Chicago, IL 60661

**O** 312.924.5745 | **F** 847.574.8179
**W** PangeaProperties.com