UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LINDRAN PROPERTIES, LLC | ) | CASE NO. 20-2834 |
| (SHORELINE) | ) | |
| | ) | |
| DEBTOR. | ) | HON. JACK B. SCHMETTERER |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on February 26, 2020, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division the **UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION TO AUTHORIZE THE RETENTION AND EMPLOYMENT OF CLARK HILL PLC AS BANKRUPTCY COUNSEL.**

By: */s/ Jeffrey L. Gansberg*
Jeffrey L. Gansberg, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
312-886-3327

### CERTIFICATE OF SERVICE

I, Jeffrey L. Gansberg, state that on February 26, 2020, I caused a copy of the **NOTICE OF FILING** and the **UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION TO AUTHORIZE THE RETENTION AND EMPLOYMENT OF CLARK HILL PLC AS BANKRUPTCY COUNSEL** to be served on all parties identified as Registrants on the Court's Electronic Notice for Registrants and, as to all others, I caused a copy to be sent via First Class Mail.

*/s/ Jeffrey L. Gansberg*

**Registrants Served Through the Court's Electronic Notice:**

| | |
|---|---|
| Better Housing Foundation LLC | whackney@salawus.com<br>jadams@salawus.com<br>dkreide@salawus.com |
| UMB, N.A. | jkapp@mwe.com<br>jmrobinson@mwe.com |
| City of Chicago | chuck.king@cityofchicago.org |
| Lindran Properties, LLC (Shoreline) | kmorse@clarkhill.com<br>sschreiber@clarkhill.com<br>blambert@clarkhill.com |
| PRE Holdings 14, LLC | ewalker@perkinscoie.com,<br>Docketchi@perkinscoie.com<br>rleibowitz@perkinscoie.com |
| Community Initiatives, Inc. | Srappin@hrolaw.com |
| Paperstreet Properties | sbc@ag-ltd.com |
| Illinois Finance Authority | mfisher@schiffhardin.com<br>jyan@schiffhardin.com |

**Parties Served via First Class Mail:**

Lindran Properties, LLC (Shoreline)
4 Dunbar Road
Palm Beach Gardens, Florida 33418-6816

All Types Elevators, Inc.
c/o Laurie Silvestri, Esq.
70 West Madison Street | Suite 2020
Chicago, Illinois 60602-4241

Bryant & Davalle PC
1210 West Northwest Highway
Palatine, Illinois 60067-1897

CII, as Receiver for the Property
c/o Megan McGillivary
29 East Madison Street | Suite 950
Chicago, Illinois 60602-4535

Carpet Concepts Company
1346 West 79th Street
Chicago, Illinois 60620-3714

City of Chicago
Attention: Legal Department
121 North LaSalle Street | Suite 600
Chicago, Illinois 60602-1244

City of Chicago – Legal Department
Attention: Greg Janes, Building & License
30 North LaSalle Street | Suite 700
Chicago, Illinois 60602-2503

City of Chicago
Attention: Water Department
121 North LaSalle Street | Room 107A
Chicago, Illinois 60602-1232

| | |
|---|---|
| Community Initiatives, Inc., Receiver<br>222 South Riverside Plaza \| #380<br>Chicago, Illinois 60606-7801 | Department of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 |
| Wortham Insurance & Risk Management<br>1600 West 7th Street<br>Fort Worth, TX 76102-2596 | Unique Equity Property Investments LLC<br>6411 South Parnell Avenue<br>Chicago, Illinois 60621-2719 |
| HD Supply / Peachtree Business Products<br>1940 West Oak Circle<br>Marietta, Georgia 30062 | Halsted Law Group LLC<br>520 North Halsted Street \| Apt. 201<br>Chicago, Illinois 60642-7566 |
| Illinois Department of Employment Security<br>Benefit Payment Control Division<br>P.O. Box 4385<br>Chicago, Illinois 60680-4385 | ILLINOIS DEPARTMENT OF REVENUE<br>Attention: Bankruptcy Unit<br>P.O. Box 19035<br>Springfield, Illinois 62794-9035 |
| Illinois Finance Authority – Legal<br>Attention: Elizabeth Weber<br>160 North LaSalle Street \| Suite S-1000<br>Chicago, Illinois 60601-3124 | Independent Recycling Services, Inc.<br>2401 South Laflin Street<br>Chicago, Illinois 60608-5005 |
| Lakeshore Recycling Systems LLC<br>6132 Oakton Street<br>Morton Grove, Illinois 60053-2718 | Law Offices of Ira Piltz Ltd.<br>8170 McCormick Boulevard \| Suite 116<br>Skokie, Illinois 60076-2914 |
| Michael Keefe dba Keefe HVAC<br>7408 West Archer Avenue Summit<br>Argo, Illinois 60501-1218 | Midwest Receivable Solution<br>P.O. Box 2087<br>Kalamazoo, Michigan 49003-2087 |
| Region Snow Removal LLC<br>328 West Old Ridge Road<br>Hobart, IN 46342-4242 | PRE Holdings 14, LLC<br>c/o Krusha Patel<br>549 West Randolph Street \| 2nd Floor<br>Chicago, Illinois 60661-2208 |
| The Lynd Company<br>4001 Pond Hill Road<br>San Antonio, TX 78231-1291 | Peoples Gas<br>200 East Randolph Street<br>Chicago, IL 60601-6302 |
| Resynergy Bill LLC<br>7575 North Loop 1604 West, Suite 10<br>San Antonio, TX 78249-2968 | UMB Bank N.A.<br>c/o Michael Slade, Indenture Trustee<br>120 6th Street, Suite 1400<br>Minneapolis, MN 55402-1807 |
| UMB Bank N.A.<br>c/o William Smith<br>McDermott Will & Emery LLP<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606-0029 | US Securities & Exchange Commission<br>175 W. Jackson Blvd., Ste. 900<br>Chicago, IL 60604-2908 |