**Fill in this information to identify the case:**

Debtor name　**Lindran Properties, LLC (Shoreline)**

United States Bankruptcy Court for the:　NORTHERN DISTRICT OF ILLINOIS

Case number (if known)　**20-02834**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors　12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　2/26/20　　X _____
　　　　　　　　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　**Andrew Belew**
　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　**President**
　　　　　　　　　　　　　　　Position or relationship to debtor

Official Form 202　　　　　　**Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Lindran Properties, LLC (Shoreline)**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **20-02834**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**       **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   | | | | | Current value of debtor's interest |
   |---|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

   | | Name of institution | Type of account | Last 4 digits | Current value |
   |---|---|---|---|---|
   | 3.1. | **Fifth Third Bank** | **Rent Account** | **2899** | $0.00 |
   | 3.2. | **Fifth Third Bank** | **Operating Account** | **2907** | $0.00 |
   | 3.3. | **Fifth Third Bank** | **Savings Account** | **9468** | $21.53 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                          $21.53
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**       **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**       **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Lindran Properties, LLC (Shoreline)** | Case number *(If known)* **20-02834** |
|---|---|---|
| | Name | |

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| **See Attached** | **Fee Simple** | **Unknown** | | **$3,900,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

| Debtor | **Lindran Properties, LLC (Shoreline)** | Case number *(If known)* | **20-02834** |
|---|---|---|---|
| | Name | | |

| 56. | **Total of Part 9.** | | $3,900,000.00 |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Lindran Properties, LLC (Shoreline)** | Case number *(If known)* **20-02834** |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3">Part 12:</td><td colspan="3">**Summary**</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ................................................................> | | $3,900,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21.53 | + 91b. $3,900,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,900,021.53 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

# EXHIBIT A

## LIST OF PROPERTIES

| ADDRESS | PIN(s) |
|---|---|
| 62-80 E 68th Street / 6752-54 S Michigan Ave, Chicago, IL  60637 | 20-22-301-038-0000 |
| 1704-10 E 77th / 7655-57 S East End Ave, Chicago, IL  60649 | 20-25-310-011 |
| 7938-48 S Greenwood Ave, Chicago, IL  60619 | 20-35-105-030; 20-35-105-031; 20-35-105-032; 20-35-105-033; 20-35-105-034; 20-35-105-035; and 20-35-105-036 |
| 7500-04 S Cottage Grove Ave / 749-755 E 75th Street, Chicago, IL  60619 | 20-27-407-019; and 20-27-407-020 |
| 7800 S South Shore Drive, Chicago, IL  60649 | 21-30-414-025 and 21-30-414-026 |
| 1745-57 E 69th / 6900-06 S Cregier Ave, Chicago, IL  60649 | 20-24-318-022 |
| 7250 S South Shore Drive, Chicago, IL  60649 | 21-30-107-022 |
| 2050-60 E 72nd Place, Chicago, IL  60649 | 20-25-207-044; 20-25-207-025; and 20-25-207-026 |
| 2025-35 E 72nd Street, Chicago, IL  60649 | 20-25-207-039 |
| 1516 E 70th Street, Chicago, IL  60637 | 20-23-418-012 and 20-23-418-013 |
| 233-241 E 115th Street, Chicago, IL  60628 | 25-22-303-001 and 25-22-303-002 |
| 7451 S Eberhart Ave / 500-512 E 75th Street, Chicago, IL  60619 | 20-27-226-032 |
| 7719-23 S Yates Blvd, Chicago, IL  60649 | 21-30-318-005 |

**Fill in this information to identify the case:**

Debtor name  **Lindran Properties, LLC (Shoreline)**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  **20-02834**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.1  All Types Elevators, Inc.**
Creditor's Name

**c/o Laurie Silvestri, Attorney**
**70 W. Madison St., Suite 2020**
**Chicago, IL 60602**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**See Exhibit A**

Describe the lien
**Mechanics Lien**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Amount of claim: **$10,044.51**   Value of collateral: **$3,900,000.00**

---

**2.2  Community Initiatives, Inc.**
Creditor's Name

**222 S. Riverside Plaza, Suite 380**
**Chicago, IL 60606**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**See Exhibit A**

Describe the lien
**Receiver Certificates**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$710,775.97**   Value of collateral: **$3,900,000.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lindran Properties, LLC (Shoreline)** | Case number (if know) | **20-02834** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Cook County Treasurer's Office** | Describe debtor's property that is subject to a lien | **$800,000.00** | **$3,900,000.00** |
|---|---|---|---|---|

Creditor's Name

**118 N. Clark Street, Room 112**
**Chicago, IL 60602**

Creditor's mailing address

**Describe the lien**
**Real Estate Taxes**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.4 | **Paper Street Realty LLC** | Describe debtor's property that is subject to a lien | **$289,839.58** | **$3,900,000.00** |
|---|---|---|---|---|

Creditor's Name

**1641 Carroll Ave, Suite 201**
**Chicago, IL 60612**

Creditor's mailing address

**Describe the lien**
**Mechanics Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**6/12/2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 | **UMB Bank N.A.** | Describe debtor's property that is subject to a lien | **$16,500,000.00** | **$3,900,000.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Michael Slade Indenture Trustee**
**120 6th Street, Suite 1400**
**Minneapolis, MN 55402**

Creditor's mailing address

**Describe the lien**
**Mortgage**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 3

| Debtor | **Lindran Properties, LLC (Shoreline)** | Case number (if know) | **20-02834** |
|---|---|---|---|
| | Name | | |

| | **Is the creditor an insider or related party?** |
|---|---|
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$18,310,660. 06** |
|---|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **UMB Bank N.A., c/o William Smith McDermott Will & Emery LLP 444 West Lake Street, Suite 4000 Chicago, IL 60606** | Line __2.5__ | |

**Fill in this information to identify the case:**

Debtor name __**Lindran Properties, LLC (Shoreline)**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) __**20-02834**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,950.00 |
|---|---|---|---|
| | **Anderson Elevator Co.** | ☐ Contingent | |
| | **2801 S. 19th Avenue** | ☐ Unliquidated | |
| | **Broadview, IL 60155** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $616.46 |
|---|---|---|---|
| | **BG Personnel LP dba BG Multifamily** | ☐ Contingent | |
| | **14901 Quorum Drive, #125** | ☐ Unliquidated | |
| | **Dallas, TX 75254** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,700.00 |
|---|---|---|---|
| | **Bryant & Davalle PC** | ☐ Contingent | |
| | **1210 W. Northwest Hwy** | ☐ Unliquidated | |
| | **Palatine, IL 60067** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,173.72 |
|---|---|---|---|
| | **Carpet Concepts Company** | ☐ Contingent | |
| | **1346 W. 79th Street** | ☐ Unliquidated | |
| | **Chicago, IL 60620** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | Lindran Properties, LLC (Shoreline) | Case number (if known) | 20-02834 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.96 |
|---|---|---|---|

**Chadwell Supply**
**6606 Tussing Road**
**Reynoldsburg, OH 43068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of Chicago - Legal Department**
**121 North LaSalle Street**
**Suite 600**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __City Code Violations__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,859.05 |
|---|---|---|---|

**City of Chicago - Water Department**
**121 N. LaSalle St. Room 107A**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Water Bill__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

**Consilium Capital Partners LLC**
**4 Dunbar Road**
**Palm Beach Gardens, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Asset Management Fee__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Cycor, Inc.**
**2712 W. Tuohy Ave.**
**Chicago, IL 60645**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Danny McGhee**
**c/o Michael McCready**
**10008 S. Western Ave.**
**Chicago, IL 60643**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Potential Insurance Claim__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Dynamic Iron Inc**
**24001 S. Western Ave.**
**Park Forest, IL 60466**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lindran Properties, LLC (Shoreline)** | | Case number *(if known)* | **20-02834** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.22 |
|---|---|---|---|

**Everbank Commercial Finance**
**1 Harbour Place**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,509.15 |
|---|---|---|---|

**Giglio Signs**
**1961 Hendricks Avenue**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,650.00 |
|---|---|---|---|

**Habitat Consulting Company LLC**
**350 West Hubbard Street, Suite 500**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,293.00 |
|---|---|---|---|

**Halsted Law Group LLC**
**520 North Halsted Street, Apt. 201**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,764.74 |
|---|---|---|---|

**HD Supply/Peachtree Bus. Products**
**1940 West Oak Circle**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,257.55 |
|---|---|---|---|

**Independent Recycling Services, Inc**
**2401 South Laflin Street**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,675.51 |
|---|---|---|---|

**Lakeshore Recycling Systems LLC**
**6132 Oakton Street**
**Morton Grove, IL 60053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lindran Properties, LLC (Shoreline)** | Case number (if known) | **20-02834** |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,633.35**

**Lakeshore Recycling Systems LLC**
**6132 Oakton Street**
**Morton Grove, IL 60053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,930.00**

**Law Offices of Ira Piltz Ltd**
**8170 McCormick Boulevard, Suite 116**
**Skokie, IL 60076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,601.00**

**Law Offices of Marvin Husby**
**852 West Armitage Avenue**
**Chicago, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.00**

**Lippes Mathias Wexler Friedman LLP**
**50 Fountain Plaza, Suite 1700**
**Buffalo, NY 14202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$127.08**

**Maintenance Supply Headquarters**
**6910 Brasada Drive**
**Houston, TX 77085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,686.00**

**Michael Keefe dba Keefe HVAC**
**7408 West Archer Avenue**
**Summit Argo, IL 60501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,223.27**

**Midwest Receivable Solution**
**PO Box 2087**
**Kalamazoo, MI 49003-2087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lindran Properties, LLC (Shoreline)** | Case number (if known) | **20-02834** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,587.25 |
|---|---|---|---|

**Midwest Receivable Solution**
**PO Box 2087**
**Kalamazoo, MI 49003-2087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,083.38 |
|---|---|---|---|

**Nat'l Apartment Assoc. Educ. Inst.**
**4300 Wilson Boulevard, Suite 800**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.67 |
|---|---|---|---|

**Office Depot**
**6600 North Military Trail**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,845.99 |
|---|---|---|---|

**Peoples Gas**
**200 East Randolph Street**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $964.50 |
|---|---|---|---|

**Pest Management Services**
**12761 Western Avenue**
**Blue Island, IL 60406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $335.18 |
|---|---|---|---|

**Realpage One**
**2201 Lakeside Boulevard**
**Richardson, TX 75082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,774.35 |
|---|---|---|---|

**Region Snow Removal LLC**
**328 West Old Ridge Road**
**Hobart, IN 46342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lindran Properties, LLC (Shoreline)** | Case number (if known) | **20-02834** |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,950.47** |
|---|---|---|---|

**Resynergy Bill LLC**
**7575 North Loop 1604 West, Suite 10**
**San Antonio, TX 78249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,950.47** |
|---|---|---|---|

**The Lynd Company**
**4001 Pond Hill Road**
**San Antonio, TX 78231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,450.00** |
|---|---|---|---|

**Unique Equity Property Invest. LLC**
**6411 South Parnell Ave**
**Chicago, IL 60621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,879.00** |
|---|---|---|---|

**Wortham Ins. & Risk Mgmt**
**1600 West 7th Street**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,713.03** |
|---|---|---|---|

**Zepsa Mechanical**
**500 North Michigan Avenue**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Goldman & Grant Ltd**<br>**205 W. Randolph, Suite 1100**<br>**Chicago, IL 60606** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **281,575.35** |

---

| Debtor | **Lindran Properties, LLC (Shoreline)** | Case number (if known) | **20-02834** |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____ 281,575.35

| Fill in this information to identify the case: |
|---|
| Debtor name **Lindran Properties, LLC (Shoreline)** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) **20-02834** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **See Exhibit G** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## Exhibit G – Unexpired Leases

John Campbell
1516 East 70th Street | Unit 1B
Chicago, Illinois 60637
Term Start: 9/1/2019
Term End: 3/31/2020

Cecily Bosseau
1516 East 70th Street | Unit 2A
Chicago, Illinois 60637-4840
Term Start: 12/17/2019
Term End: 12/16/2020

Eboni Morris
1516 East 70th Street | Unit 2B
Chicago, Illinois 60637-4840
Term Start:  1/16/2020
Term End:  7/15/2020

Collette Payne
2050 East 72nd Place | Apt. 3
Chicago, Illinois 60649-6054
Term Start:  8/1/2019
Term End:  2/1/2020

Beulah Jaco
2050 East 72nd Place | Apt. 2
Chicago, Illinois 60649-6054
Term Start: 8/1/2019
Term End: 2/1/2020

Deidra Robinson
2060 East 72nd Place | Apt. 2
Chicago, Illinois 60649-6049
Term Start: 8/1/2019
Term End:  2/1/2020

Fredrick McBride
2054 East 72nd Place | Apt. 1
Chicago, Illinois 60649-6052
Term Start: 8/1/2019
Term End: 2/1/2020

Nathaniel Henry
2054 East 72nd Place | Apt. 2
Chicago, Illinois 60649-6052
Term Start: 8/1/2019
Term End:  2/1/2020

Rick Robinson
2050 East 72nd Place | Apt. 1
Chicago, Illinois 60649-6052
Term Start: 8/1/2019
Term End: 2/1/2020

Arnett Smiley, III
72 East 68th Street | Apt. 2
Chicago, Illinois 60637-6664
Term Start: 1/1/2020
Term End: 6/30/2020

John Bosely
6752 East 68th Street | Apt. 3
Chicago, Illinois 60649
Term Start: 8/1/2019
Term End: 2/1/2020

Jason Collins
80 East 68th Street | Apt. 3
Chicago, Illinois 60637-6660
Term Start:  12/1/2019
Term End:  5/31/2020

Latrice Booker
78 East 68th Street | Apt. 1
Chicago, Illinois 60637-6661
Term Start:  12/1/2019
Term End:  5/31/2020

Laura Rogers
6750 South Michigan Avenue | Apt. 2
Chicago, Illinois 60637
Term Start:  10/1/2019
Term End:  9/30/2019

Matthew Tackebury
74 East 68th Street | Apt. 1
Chicago, Illinois 60637-6663
Term Start:  10/1/2019
Term End:  4/30/2020

Shay Cummings
70 East 68th Street | Apt. 1
Chicago, Illinois 60637-6665
Term Start:  12/1/2019
Term End:  5/31/2020

Steven E. Tigner
74 East 68th Street
Chicago, Illinois 60637-6663
Term Start:  9/3/2019
Term End:  3/31/2020

Gregory Rogers
7657 South East End Avenue | Apt. 1
Chicago, Illinois 60649-4003
Term Start:  11/19/2019
Term End:  11/18/2020

Asia Fowikes
1705 East 77th Street | Apt. 1
Chicago, Illinois 60649
Term Start:  11/5/2019
Term End:  11/4/2020

Loretta Brown-Miller
1704 East 77th Street | Apt. 1
Chicago, Illinois 60649-4050
Term Start:  9/1/2019
Term End:  3/31/2020

Tina Ward
1708 East 77th Street | Apt. 2
Chicago, Illinois 60649-4051
Term Start:  9/1/2019
Term End:  3/31/2020

Latrina Sigur
1708 East 77th Street | Apt. 3
Chicago, Illinois 60649-4051
Term Start:  9/1/2019
Term End:  3/31/2020

Terrell Green
1706 East 77th Street | Apt. 2
Chicago, Illinois 60649-4002
Term Start:  8/1/2019
Term End:  7/31/2020

Jonta Ansley
1704 East 77th Street | Apt. 2
Chicago, Illinois 60649-4050
Term Start:  9/1/2019
Term End:  2/1/2020

Joseph Butler
1708 East 77th Street | Apt. 1
Chicago, Illinois 60649-4051
Term Start:  9/1/2019
Term End:  3/31/2020

Joyce White
1751 East 69th Street | Apt. 3
Chicago, Illinois 60649-1431
Term Start:  8/24/2019
Term End:  1/31/2020

2

Cynthia Anderson
Byron Bolden
1755 East 69th Street
Chicago, Illinois 60649-1431
Term Start:  9/1/2019
Term End:  3/31/2020

Ava Cherry
1751 East 69th Street | Apt. 1
Chicago, Illinois 60649-1431
Term Start:  9/1/2019
Term End:  2/1/2020

Sherman Peace
1749 East 69th Street | Apt. 3
Chicago, Illinois 60649-1431
Term Start:  8/1/2019
Term End:  7/31/2020

Byron Henderson
Brian Henderson
1755 East 69th Street | Apt. 3
Chicago, Illinois 60649-1431
Term Start:  9/1/2019
Term End:  2/29/2020

Demassie Williams
1749 East 69th Street | Apt. 1A
Chicago, Illinois 60649-1431
Term Start:  9/1/2019
Term End:  2/29/2020

Ethel Daughrity
1747 East 69th Street | Apt. 1
Chicago, Illinois 60649-1431
Term Start:  4/1/2019
Term End:  3/31/2020

Naomi Jackson Sims
1757 East 69th Street | Apt. 3
Chicago, Illinois 60649
Term Start:  9/1/2019
Term End:  8/31/2020

3

**Fill in this information to identify the case:**

Debtor name    **Lindran Properties, LLC (Shoreline)**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **20-02834**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name __**Lindran Properties, LLC (Shoreline)**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) __**20-02834**__

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$245,689.00** |
   | **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$588,903.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | **Insurance Proceeds/Interest** | **$157,742.32** |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Lindran Properties, LLC (Shoreline) | Case number *(if known)* | 20-02834 |
|---|---|---|---|

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **See Exhibit 7** | | | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor   **Lindran Properties, LLC (Shoreline)**                     Case number *(if known)*   **20-02834**

---

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Community Initiatives, Inc.**<br>222 S. Riverside Plaza, Suite 380<br>Chicago, IL 60606 | **See Exhibit A** | **$3,900,000.00** |
| | **Case title**<br>**See Exhibit 7** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

---

**Part 4:** **Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:** **Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Clark Hill PLC**<br>**130 E Randolph St., Suite 3900**<br>**Chicago, IL 60601** | | **November 2019**<br>**January 30, 2020** | **$67,667.50** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**Debtor / Buyer's Earnest Money** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

---

Debtor   **Lindran Properties, LLC (Shoreline)**                    Case number *(if known)*   **20-02834**

---

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13.** **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

---

Official Form 207 | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** | page **4**

Debtor   **Lindran Properties, LLC (Shoreline)**            Case number *(if known)*   **20-02834**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor   **Lindran Properties, LLC (Shoreline)**                     Case number *(if known)*   **20-02834**

---

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **The Lynd Company**<br>**4001 Pond Hill Road**<br>**San Antonio, TX 78231** | |
| 26a.2.   **Paper Street Realty LLC**<br>**1641 Carroll Ave, Suite 201**<br>**Chicago, IL 60612** | |
| 26a.3.   **Community Initiatives, Inc.**<br>**222 S. Riverside Plaza, Suite 380**<br>**Chicago, IL 60606** | **Receiver** |
| 26a.4.   **Lindran Properties, LLC**<br>**4 Dunbar Road**<br>**Palm Beach Gardens, FL 33418-6816** | **Andrew Belew / Lou Bills** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Same as 26a** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

| Debtor | Lindran Properties, LLC (Shoreline) | Case number *(if known)* | **20-02834** |
|---|---|---|---|

statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Better Housing Foundation, Inc.**<br>**4 Dunbar Road**<br>**Palm Beach Gardens, FL 33418-6816** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrew Belew** | **4 Dunbar Road**<br>**Palm Beach Gardens, FL 33418-6816** | **Present / Chairman of the Board** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Roger Louis Bills** | **4 Dunbar Road**<br>**Palm Beach Gardens, FL 33418-6816** | **Secretary/Treasurer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **M. Elodia Lee** | **4 Dunbar Road**<br>**Palm Beach Gardens, FL 33418-6816** | **Director** | |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Walter St. Surin** | **4 Dunbar Road**<br>**Palm Beach Gardens, FL 33418-6816** | **Director** | **11/26/18 - 3/12/19** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Elsa Trinidad** | **4 Dunbar Road**<br>**Palm Beach Gardens, FL 33418-6816** | **Vice-President** | **11/26/18 - 6/6/19** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Frantzy Theodule** | **4 Dunbar Road**<br>**Palm Beach Gardens, FL 33418-6816** | **Director** | **11/26/18 - 3/12/19** |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Debtor   **Lindran Properties, LLC (Shoreline)**                          Case number *(if known)*  **20-02834**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■  No
☐  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐  No
■  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Better Housing Foundation, Inc, an Ohio Not-For-Profit** | EIN:   **47-3711663** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2 / 26 / 20___

_____          **Andrew Belew**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Exhibit 7 - Legal Actions and Assignments**

| | Case No. | Court | Matter Type | Disposition |
|---|---|---|---|---|
| *Latoya v. Lindran Properties, LLC et al.* | 2019 L 5641 | Circuit Court | Personal Injury | Pending |
| *Sonja v. Lindran Properties, LLC et al.* | 2019 L 9708 | Circuit Court | Premises Liability | Pending |
| | | | | |
| *City of Chicago v. Lindran Properties, LLC* | 2019 M1 401273 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2019 M1 400599 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2019 M1 400596 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2019 M1 400595 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2019 M1 400390 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2019 M1 400343 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2018 M1 403297 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2018 M1 402272 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2018 M1 400503 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2017 M1 403502 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2017 M1 402816 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2017 M1 402624 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2017 M1 402294 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2017 M1 402200 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2017 M1 400887 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2017 M1 400645 | Housing Court | Housing Violation | Pending |
| *City of Chicago v. Lindran Properties, LLC* | 2016 M1 403369 | Housing Court | Housing Violation | Pending |
| | | | | |
| *Zepsa Mechanical v. Lindran Properties LLC* | 2018 CH 14285 | Circuit Court | Mechanics Lien | Dismissed |
| | | | | |
| *Lindran Properties LLC v. Gill Group, et al.* | 17-cv-09051 | N.D. Ill | | Dismissed |
| *Lindran Properties LLC, et al. v. DeAngelis, et al.* | 18-cv-07070 | N.D. Ill | | Dismissed |

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Lindran Properties, LLC (Shoreline)** _____   Case No.   **20-02834** _____
Debtor(s)                    Chapter   **11** _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Better Housing Foundation**<br>**4 Dunbar Road**<br>**Palm Beach Gardens, FL 33418** | | **100%** | **Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___2/26/20_____        Signature _____
**Andrew Belew**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.