**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Lindran Properties, LLC (Shoreline)** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 20-02834 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ **3,900,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... $ **21.53**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ **3,900,021.53**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ **18,310,660.06**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. +$ **281,575.35**

4. **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b    $ **18,592,235.41**