UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-02834 |
| | ) | |
| LINDRAN PROPERTIES, LLC (SHORELINE) | ) ) | Chapter: 11 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |

**AGREED ORDER EXCUSING COURT-APPOINTED
RECEIVER'S COMPLIANCE WITH 11 U.S.C. §§ 543(a)-(c)**

This matter came before the Court on the motion of Lindran Properties, LLC (Shoreline), debtor and debtor in possession ("Debtor"), with the agreement of the Trustee (as defined in the Motion), the City of Chicago, and the Receiver, for the entry of an order excusing the Receiver from compliance with 11 U.S.C. §§ 543(a)-(c) (the "Motion"); due and proper notice of said Motion having been provided to all parties in interest; the Court having considered the Motion and otherwise being fully advised; and all capitalized terms not otherwise defined herein having the meaning ascribed in the Motion;

IT IS HEREBY ORDERED that:

1.   Community Initiatives, Inc. (the "Receiver") is excused from compliance with the requirements of 11 U.S.C. §§ 543(a)-(c).

2.   The Receiver shall continue in possession, custody, and control of the Property to and until the closing of the Sale.

3.   The Receiver shall file all required reports with the Circuit Court of Cook County (the "Housing Court") and shall provide the Debtor with a copy of such reports upon filing with the Housing Court. The Debtor shall then file a copy of such reports with this Court within two (2) business days of receipt.

4.   The Housing Court shall retain jurisdiction to approve all certificates pursuant to 65 ILCS 5/11-31-2 and all applicable state laws. The automatic stay is modified to permit the creation, attachment, or perfection of any lien in favor of the Receiver arising from such certificates. This Court shall retain concurrent jurisdiction, with any other court of competent jurisdiction, over the priority and validity of all liens against the Property. The Receiver or any other asserted lienholder shall not be entitled to enforce any liens against the Property (or any proceeds thereof) without further order of this Court.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: February 27, 2020

**Prepared by:**

Scott N. Schreiber (ARDC No. 6191042)
Kevin H. Morse (ARDC No. 6297244)
CLARK HILL PLC
130 East Randolph Street | Suite 3900
Chicago, Illinois 60601
T: (312) 985-5595 | F: (312) 985-5984
sschreiber@clarkhill.com
kmorse@clarkhill.com