# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>LINDRAN PROPERTIES, LLC (SHORELINE),<br><br>Debtor. | Case No. 20 BK 02834<br><br>Chapter 11<br><br>Judge: Hon. Jack B. Schmetterer |

## ORDER ON MOTION TO APPROVE BID PROCEDURES [DKT. NO. 26]

THIS MATTER COMING ON TO BE HEARD upon Debtor's Motion to "Approve Bid Procedures," pursuant to the hearing held March 17, 2020 at 11:00 a.m., IT IS HEREBY ORDERED THAT the matter is set for further hearing on Tuesday, March 24, 2020 at 11:00 a.m. for parties to submit a proposed abbreviated order to begin the sale procedures. Such proposed order is to be filed by Friday, March 20, 2020.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this __18__ day of March 2020