# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 20 BK 02834 |
| LINDRAN PROPERTIES, LLC (SHORELINE), | Chapter 11 |
| Debtor. | Judge: Hon. Jack B. Schmetterer |

## ORDER OF COURT *SUA SPONTE*

On Motion of Court *sua sponte*, because the hearing set for March 24, 2020 at 11:00 a.m. was previously set before the enactment of General Order No. 20-03, IT IS HEREBY ORDERED THAT the parties are to personally appear in court for the hearing set for March 24, 2020 at 11:00 a.m. unless medical health issues prevent attendance. If so, please contact chambers by noon of Monday, March 23, 2020.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this __18__ day of March 2020