**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| LINDRAN PROPERTIES, LLC (SHORELINE), ) | | Case No. 20-bk-02834 |
| ) | | |
| Debtor. ) | | Hon. Jack B. Schmetterer |

**RESPONSE TO
<u>REQUEST ON MOTION TO APPROVE BID PROCEDURES [DKT. NO. 26]</u>**

The City of Chicago hereby responds to the court's request [Docket 97] in connection with the debtor's pending motion to approve bid procedures, whereby the court requested that the City submit "any studies on total maintenance and rehabilitation needs" of the debtor's property. The attached document is responsive to the court's request.

Date: March 23, 2020              Respectfully submitted,

                                                    THE CITY OF CHICAGO

                                                    Mark A. Flessner
                                                    Corporation Counsel

                                                    By: <u>/s/ Charles A. King</u>
                                                          Assistant Corporation Counsel - Senior

Mark A Flessner
Corporation Counsel
Charles A. King
Assistant Corporation Counsel - Senior
Chicago Department of Law
121 N. LaSalle St., Suite 400
Chicago, IL  60602
312-742-0019
Chuck.king@cityofchicago.org