IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Lindran Properties, LLC (Shoreline)   CASE NO. 20-02834

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending February 29, 2020, 20 20

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 21.53 |
| **RECEIPTS:** | |
| 1. Receipts from operations | $ 0.00 |
| 2. Other Receipts | $ 0.00 |
| **DISBURSEMENTS:** | |
| 3. Net payroll: | |
| a. Officers | $ 0.00 |
| b. Others | $ 0.00 |
| 4. Taxes | |
| a. Federal Income Taxes | $ 0.00 |
| b. FICA withholdings | $ 0.00 |
| c. Employee's withholdings | $ 0.00 |
| d. Employer's FICA | $ 0.00 |
| e. Federal Unemployment Taxes | $ 0.00 |
| f. State Income Tax | $ 0.00 |
| g. State Employee withholdings | $ 0.00 |
| h. All other state taxes | $ 0.00 |
| 5. Necessary expenses: | |
| a. Rent or mortgage payments(s) | $ 0.00 |
| b. Utilities | $ 0.00 |
| c. Insurance | $ 0.00 |
| d. Merchandise bought for manufacture or sale | $ 0.00 |
| e. Other necessary expenses (specify) | |
| | $ 0.00 |
| | $ 0.00 |
| TOTAL DISBURSEMENTS | $ 0.00 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ 0.00 |
| ENDING BALANCE IN 5/3 Bank -2907 (Name of Bank) | $ 0.00 |
| ENDING BALANCE IN 5/3 Bank -9468 (Name of Bank) | $ 21.53 |
| ENDING BALANCE IN ALL ACCOUNTS | $ 21.53 |

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Lindran Properties, LLC (Shoreline)   CASE NO.: 20-02834

## RECEIPTS LISTING

FOR MONTH ENDING February 29, 20 20

Bank: _____

Location: _____

Account Name: _____

Account No.: _____

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | N/A | |

TOTAL: _____

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Lindran Properties, LLC (Shoreline)    CASE NO.: 20-02834

## DISBURSEMENT LISTING

FOR MONTH ENDING _____, 20___

Bank: _____

Location: _____

Account Name: _____

Account No.: _____

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

N/A

TOTAL: _____

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Lindran Properties, LLC (Shoreline)    CASE NO.: 20-02834

FOR MONTH ENDING February 29, 20 20

## STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning inventory | $ |
| Add: purchases | $ |
| Less: goods sold (cost basis) | $ |
| Ending inventory | $ |

## PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ |
| Payroll taxes due but unpaid | $ |

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Lindran Properties, LLC (Shoreline)    CASE NO.: 20-02834

FOR MONTH ENDING February 29, 20 20

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

    Beginning of month balance      $_____

    Add: sales on account      $_____

    Less: collections      $_____

    End of month balance      $_____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

    Beginning of month balance      $_____

    Add: credit extended      $_____

    Less: payments of account      $_____

    End of month balance      $_____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Lindran Properties, LLC (Shoreline)    CASE NO.: 20-02834

FOR MONTH ENDING February 29, 20 20

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | | |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) |
| 2. | FICA withholdings | Yes ( ) | No ( ) |
| 3. | Employee's withholdings | Yes ( ) | No ( ) |
| 4. | Employer's FICA | Yes ( ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) |
| 6. | State Income Tax | Yes ( ) | No ( ) |
| 7. | State Employee withholdings | Yes ( ) | No ( ) |
| 8. | All other state taxes | Yes ( ) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT  Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DECLARATION UNDER PENALTY OF PERJURY**

I, _____Andrew Belew_____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

*Andrew Belew*
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Andrew Belew, President and Chairman of Better Housing

Foundation, Inc., the sole member and manager of the Debtor

DATED:___4/29/2020_____