**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LINDRAN PROPERTIES, LLC (SHORELINE) | ) | Case No. 20-02834 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | |

**REPORT OF RECEIVER FOR THE INCOME AND DISTRIBUTION FOR THE
LINDRAN PROPERTIES, LLC (SHORELINE) PORTFOLIO OF REAL PROPERTY
FOR THE PERIOD ENDING FEBRUARY 29, 2020**

Dated: April 27, 2020                    Respectfully submitted,

**LINDRAN PROPERTIES, LLC
(SHORELINE)**

By: /s/ *Kevin H. Morse*
         One of Its Attorneys

Scott N. Schreiber (#06191042)
Kevin H. Morse (#06297244)
CLARK HILL PLC
130 East Randolph Street | Suite 3900
Chicago, Illinois 60601
T: (312) 985-5595
F: (312) 985-5984
sschreiber@clarkhill.com
kmorse@clarkhill.com

# 7657 S. East End

## February 2020 Expenses and Income

### Expenses

| Date | Memo | Paid To | Amount |
|------|------|---------|--------|
| 2/5/2020 | TRASH REMOVAL/CITY OF CHICAGO COMM CONT FEE INVOICE #0004356302 | LAKESHORE RECYCLING SYSTEMS | $206.00 |
| 2/18/2020 | 1/24/2020 ATTORNEY FEES: DRAFTED MOTION FOR APPROVAL OF 1ST INTERIM ACCOUNTING (DOUG) INVOICE #27881 | HAUSELMAN & RAPPIN, LTD. | $450.00 |
| 2/18/2020 | GAS BILL 1704 E 77TH - BSMT ACCOUNT # 0611875781-00054 | PEOPLES GAS | $20.02 |
| 2/18/2020 | GAS BILL 1704 E 77TH - BLDG ACCOUNT # 0611875781-00028 | PEOPLES GAS | $1,794.71 |
| 2/18/2020 | ELECTRIC BILL 7657-59 S EAST END - UNIT BD ACCOUNT # 6674455064 | COMED | $128.37 |
| 2/18/2020 | ELECTRIC BILL 7657 S EAST END - UNIT 1 ACCOUNT # 6674456114 | COMED | $63.49 |
| February | Receiver fee for month | Community Initiatives Inc. | $263.50 |

$2,926.09

### Income



Rent Collected

$1,300

# 6752 S. Michigan

## February 2020 Expenses and Income

## Expenses

| Date | Memo | Paid To | Amount |
|---|---|---|---|
| 2/5/2020 | GAS BILL   72 E 68TH ST - BLDG ACCOUNT # 0611875781-00025 | PEOPLES GAS | $4,839.23 |
| 2/5/2020 | GAS BILL   6752 S MICHIGAN - FL 2 ACCOUNT # 0611875781-00092 | PEOPLES GAS | $24.63 |
| 2/7/2020 | TRASH REMOVAL, CITY OF CHICAGO COMM CONT FEE   INVOICE #0004356288 | LAKESHORE RECYCLING SYSTEMS | $576.00 |
| 2/11/2020 | REPAIRS, WORK ORDERS, CLEANING AND MAINTENANCE   INVOICE #6752-200220 | 5 T MANAGEMENT | $8,523.84 |
| 2/11/2020 | CLEANOUT OF BURNED MATTRESS AND GARBAGE   INVOICE #69 | MODERN WALLS, INC. | $280.00 |
| 2/13/2020 | 3 WINDOW AND 3 DOOR GUARDS INSTALL/RENTAL/REMOVAL 2/7/2020 THRU 5/7/2020   INVOICE #I-00000084924 | D.A.W.G.S | $507.00 |
| 2/13/2020 | 1/22/2020  ATTORNEY FEES-DRAFTED MOTION FOR APPROVAL OF 1ST INTERIM ACCOUNTING (JAKE)   INVOICE #27866 | HAUSELMAN & RAPPIN, LTD. | $450.00 |
| 2/18/2020 | BOARD UP 1/24/20    INVOICE # 7113 | A EMERGENCY SERVICES & RESTORATION | $168.00 |
| 2/18/2020 | ELECTRIC BILL   66-80 E 68TH - BLDG ACCOUNT # 9523032134 | | $0.00 |
| 2/18/2020 | ELECTRIC BILL   66-80 E 68TH - BLDG ACCOUNT # 9523032134 | COMED | $143.83 |
| 2/20/2020 | REFUND OF OVERPAYMENT | FIVE T MANAGEMENT INC MANAGEMENT COMPANY | ($1,350.00) |
| 2/20/2020 | WELD LOCK BOX, 2 PROTECTIVE MESH INVOICE # 7112 | A EMERGENCY SERVICES & RESTORATION | $600.00 |
| 2/21/2020 | REIMBURSEMENT FOR LOCKSMITH SERVICES | JACOB MCGOURTY | $315.00 |
| February | Receiver fee for month | Community Initiatives Inc. | $1,925.00 |
| | | Total | $17,002.53 |

## Income

Rent Collected

$3,443

# 7500 S. Cottage Grove

## February 2020 Expenses and Income

**Expenses**

| Date | Memo | Paid To | Amount |
|------|------|---------|--------|
| 2/5/2020 | TRASH REMOVAL/CITY OF CHICAGO COMM CONT FEE INVOICE #0004356291 | LAKESHORE RECYCLING SYSTEMS | 83.29 |
| 2/7/2020 | WATER BILL     ACCOUNT # 1284078-568612 | City of Chicago - Department of Finance | 1,464.92 |
| 2/10/2020 | 5 DOOR RENTAL 12/18/2019 THRU 1/17/2020   INVOICE #I-00000080827 | D.A.W.G.S | 350.00 |
| 2/10/2020 | 49 WINDOW AND 5 DOOR GUARD RENTAL  2/18/2020 THRU 3/19/2020   INVOICE #I-00000084658 | D.A.W.G.S | 762.00 |
| 2/18/2020 | SNOW REMOVAL/SALT SIDEWALKS   INVOICE #3019 | CLOVER SERVICING, INC. | 125.00 |
| 2/18/2020 | CLEAN UP/CLEAN OUT 14 UNIT BUILDING   INVOICE #002578 | LaCrosse Management | 4,180.00 |
| 2/18/2020 | EMERGENCY SERVICE-PLUMBING-REPAIRED LEAKING PIPE   INVOICE #002575 | LaCrosse Management | 750.00 |
| 2/18/2020 | EMERGENCY SERVICE-PLUMBING-PUMP OUT WATER FROM BASEMENT, CLEAN/DISINFECT BASEMENT AFTER PUMP OUT, REMOVE SEWAGE/GARBAGE/DEBRIS FROM BASEMENT   INVOICE #002576 | LaCrosse Management | 1,935.00 |

| | | | |
|---|---|---|---|
| 2/18/2020 | INSPECTION/WAITED FOR SERVICE TECHNICIAN-PROVIDE ACCESS TO D.A.W.G.S. TO SECURE DOORS AND WINDOWS INVOICE #002510 | LaCrosse Management | 300.00 |
| 2/18/2020 | INSPECTION/WAITED FOR SERVICE TECHNICIAN-MET WITH PLUMBER    INVOICE #002537 | LaCrosse Management | 262.50 |
| 2/18/2020 | INSPECTION/WAITED FOR SERVICE TECHNICIAN-PROVIDE ACCESS TO BUILDING FOR PLUMBING INVOICE #002577 | LaCrosse Management | 450.00 |
| 2/18/2020 | ATTORNEY FEES-1/14/2020 COURT APPEARANCE-CMC, 1/21/2020 DRAFTED MOTION FOR APPROVAL OF 1ST INTERIM ACCOUNTING (CATHY)   INVOICE #27874 | HAUSELMAN & RAPPIN, LTD. | 800.00 |
| 2/18/2020 | ELECTRIC BILL 751 E 75TH - STO   ACCOUNT # 6926717120 | COMED | 18.81 |
| February | Receiver fee for month | Community Initiatives Inc. | 1,225.00 |
| | | Total | 12,706.52 |

**Income**

| Rent Collected |
|---|
| $700 |

# 7451 S. Eberhart

## February 2020 Expenses and Income

### Expenses

| Date | Memo | Paid To | Amount |
|------|------|---------|--------|
| 2/4/2020 | WATER BILL ACCOUNT # 1286505-567390 | City of Chicago - Department of Finance | 171.80 |
| 2/6/2020 | 88 WINDOW AND 5 DOOR RENTAL 2/7/2020 THRU 3/8/2020   INVOICE #I-00000083926 | D.A.W.G.S | 1,269.00 |
| 2/13/2020 | RECORDING CLAIM FOR RECEIVERS LIEN | COOK COUNTY RECORDER OF DEEDS | 98.00 |
| 2/13/2020 | RECORDING ASSIGNMENT OF RECEIVERS CERTIFICATE LIEN | COOK COUNTY RECORDER OF DEEDS | 98.00 |
| 2/18/2020 | SNOW REMOVAL/SALT SIDEWALKS   INVOICE #3016 | CLOVER SERVICING, INC. | 125.00 |
| 2/18/2020 | GAS BILL   7451 S EBERHART - BLDG ACCOUNT # 0611875781-00031 | PEOPLES GAS | 504.13 |
| 3/2/2020 | SNOW REMOVAL/SALT SIDEWALKS   INVOICE #3044 | CLOVER SERVICING, INC. | 125.00 |
| February | Receiver fee for month | Community Initiatives Inc. | 306.00 |
| | | Total | 2,696.93 |

### Income

| Rent Collected |
|----------------|
| $4,489 |

# 7250 S. South Shore

## February 2020 Expenses and Income

### Expenses

| Date | Memo | Paid To | Amount |
|------|------|---------|--------|
| 2/5/2020 | RECORDING FEE RECEIVERS CERTIFICATE | COOK COUNTY RECORDER OF DEEDS | 98.00 |
| 2/7/2020 | BUILDING CLEAN OUT INVOICE #CII-1005 | S.I.M. PROPERTY MANAGEMENT LLC | 2,300.00 |
| 2/18/2020 | SNOW REMOVAL/SALT SIDEWALKS   INVOICE #3017 | CLOVER SERVICING, INC. | 80.00 |
| 2/18/2020 | 1/24/2020  ATTORNEY FEES-COURT APPEARANCE-HEARING ON 1ST INTERIM ACCOUNTING (CATHY) INVOICE #27865 | HAUSELMAN & RAPPIN, LTD. | 350.00 |
| 2/18/2020 | ELECTRIC BILL  7250 S SOUTH SHORE - BD ACCOUNT # 8601377073 | COMED | 519.29 |
| February | Receiver fee for month | Community Initiatives Inc. | 437.50 |
| | | Total | 3,784.79 |

### Income

| Rent Collected |
|---|

$0 vacant building

# 1516 E. 70th St

## February 2020 Expenses and Income

### Expenses

| Date | Memo | Paid To | Amount |
|------|------|---------|--------|
| 2/4/2020 | GAS BILL  BD ACCOUNT # 0611875781-00016 | PEOPLES GAS | 1,008.14 |
| 2/5/2020 | TRASH REMOVAL/CITY OF CHICAGO COMM CONT FEE   INVOICE #0004356286 | LAKESHORE RECYCLING SYSTEMS | 130.00 |
| 2/7/2020 | REIMBURSEMENT FOR SERVICES AND REPAIRS INVOICE #1516-020220 | 5 T MANAGEMENT | 6,089.85 |
| 2/7/2020 | CLEAN OUT, TRUCK, LABOR, MATERIALS, DISPOSAL   INVOICE #0001 | S.I.M. PROPERTY MANAGEMENT LLC | 800.00 |
| 2/18/2020 | ATTORNEY FEES: 1/14/2020 COURT APPEARANCE-CMC, 1/22/2020 DRAFTED MOTION FOR APPROVAL OF 1ST INTERIM ACCOUNTING (CATHY)   INVOICE #27869 | HAUSELMAN & RAPPIN, LTD. | 800.00 |
| 2/18/2020 | ELECTRIC BILL 1516 E 70TH - APT 2D ACCOUNT # 9019445105 | COMED | 572.35 |
| 2/18/2020 | ELECTRIC BILL  1516 E 70TH - BD   ACCOUNT # 9019436071 | COMED | 53.09 |
| 2/18/2020 | ELECTRIC BILL  1516 E 70TH - APT 2C ACCOUNT # 9019444064 | COMED | 25.32 |

| | | | |
|---|---|---|---|
| 2/18/2020 | ELECTRIC BILL  1516 E 70TH - APT 1A ACCOUNT # 9019437096 | COMED | 26.05 |
| 2/18/2020 | ELECTRIC BILL  1516 E 70TH - APT 2B ACCOUNT # 9019443174 | COMED | 23.61 |
| February | Receiver fee for month | Community Initiatives Inc. | 218.75 |
| | | Total | 9,747.16 |

**Income**

| Rent Collected |
|---|
| $1,300 |

# 233 E. 115th St.

## February 2020 Expenses and Income

### Expenses

| Date | Memo | Paid To | Amount |
|------|------|---------|--------|
| 2/5/2020 | WATER BILL    ACCOUTN # 1285153-579744 | City of Chicago - Department of Finance | 76.00 |
| 2/6/2020 | 61 WINDOW AND 11 DOOR GUARD  RENTAL 1/30/2020 THRU 2/29/2020   INVOICE #I-00000083950 | D.A.W.G.S | 1,068.00 |
| 2/13/2020 | RECORDING ASSIGNMENT OF RECEIVERS CERTIFICATE LIEN | COOK COUNTY RECORDER OF DEEDS | 98.00 |
| 2/13/2020 | RECORDING CLAIM FOR RECEIVERS LIEN | COOK COUNTY RECORDER OF DEEDS | 98.00 |
| 2/18/2020 | SNOW REMOVAL/SALT SIDEWALKS    INVOICE #3018 | CLOVER SERVICING, INC. | 100.00 |
| February | Receiver fee for month | Community Initiatives Inc. | 437.5 |
| | | Total | 1,877.50 |

### Income

| Rent Collected |
|----------------|

$0  vacant building

# 2025 E. 72nd St.

## February 2020 Expenses and Income

### Expenses

| Date | Memo | Paid To | Amount |
|------|------|---------|--------|
| 2/6/2020 | YARD MAINTENANCE INVOICE #2025.01.27 | Greater Auburn Gresham Development Corporation | $80.00 |
| 2/6/2020 | 115 WINDOW AND 3 DOOR RENTAL 1/30/2020 THRU 2/29/2020   INVOICE #I-00000083949 | D.A.W.G.S | $1,570.00 |
| 2/13/2020 | SNOW REMOVAL AND SALTING   INVOICE #2025-35-2.7 | Greater Auburn Gresham Development Corporation | $120.00 |
| 2/13/2020 | RECORDING ASSIGNMENT OF RECEIVERS CERTIFICATE LIEN | COOK COUNTY RECORDER OF DEEDS | $98.00 |
| 2/13/2020 | RECORDING CLAIM FOR RECEIVERS LIEN | COOK COUNTY RECORDER OF DEEDS | $98.00 |
| February | Receiver fee for month | Community Initiatives Inc. | 87.5 |
|  |  | Total | $2,053.50 |

30-Minutes

### Income

| Rent Collected |
|----------------|

$0 vacant building

# 2050 E. 72nd Place
## February 2020 Expenses and Income

### Expenses

| Date | Memo | Paid To | Amount |
|------|------|---------|--------|
| 2/4/2020 | TRASH REMOVAL INVOICE # 0004326993 | LAKESHORE RECYCLING SYSTEMS | $288.00 |
| 2/5/2020 | TRASH REMOVAL/CITY OF CHICAGO COMM CONT FEE   INVOICE #0004356287 | LAKESHORE RECYCLING SYSTEMS | $576.00 |
| 2/5/2020 | RECORDING RECEIVERS CERTIFICATE | COOK COUNTY RECORDER OF DEEDS | $98.00 |
| 2/7/2020 | PROPERTY MANAGEMENT & MAINTENANCE 6 UNITS JAN 2020   INVOICE # 2050 | S.I.M. PROPERTY MANAGEMENT LLC | $1,550.00 |
| 2/7/2020 | PLUMBING WORK FOR TOILET UNIT 2056-2N AND 2060-2E   INVOICE # 2050 | S.I.M. PROPERTY MANAGEMENT LLC | $1,150.00 |
| 2/7/2020 | 2ND EXTERMINATOR SERVICE 2050-60 E 72ND PL | S.I.M. PROPERTY MANAGEMENT LLC | $432.00 |
| 2/17/2020 | 1/24/2020 ATTORNEY FEES-COURT APPEARANCE-HEARING ON 1ST INTERIM ACCOUNTING (MICHAEL)   INVOICE #27876 | HAUSELMAN & RAPPIN, LTD. | $350.00 |
| 2/18/2020 | GAS BILL 2050 E 72ND - BLDG   ACCOUNT # 0611875781-00023 | PEOPLES GAS | $2,341.11 |
| 2/18/2020 | ELECTRIC BILL 2050-60 E 72ND - BD ACCOUNT # 9105399030 | COMED | $157.15 |

| 2/18/2020 | ELECTRIC BILL  2054 E 72ND - #1    ACCOUNT # 9105408105 | COMED | $39.90 |
| February | Receiver fee for month | Community Initiatives Inc. | $87.50 |
| | | | |
| | | Total | $7,069.66 |

**Income**



| Rent Collected |
| --- |
| $4,105.00 |

# 7800 S. South Shore Dr.

## February 2020 Expenses and Income

### Expenses

| Date | Memo | Paid To | Amount |
|------|------|---------|--------|
| 2/5/2020 | 140 WINDOW AND 33 DOOR GUARD RENTAL 2/2/20220 THRU 3/3/2020   INVOICE #i-00000084141 | D.A.W.G.S | $2,645.00 |
| 2/14/2020 | RECORDING ASSIGNMENT RECEIVERS CERT LIEN | COOK COUNTY RECORDER OF DEEDS | $98.00 |
| 2/14/2020 | RECORDING CLAIM FOR RECEIVERS LIEN | COOK COUNTY RECORDER OF DEEDS | $98.00 |
| 2/19/2020 | SNOW REMOVAL INVOICE #3021 | CLOVER SERVICING, INC. | $100.00 |
| February | Receiver fee for month | Community Initiatives Inc. | $530.00 |
| | | Total | $3,471.00 |

### Income

| Rent Collected |
|----------------|

$0 vacant building

# 6904 S. Cregier

## February 2020 Expenses and Income

**Expenses**

| Date | Memo | Paid To | Amount |
|------|------|---------|--------|
| 04-Feb-20 | WATER BILL ACCOUNT # 1283406-556131 | City of Chicago - Department of Finance | $1,073.84 |
| 05-Feb-20 | TRASH REMOVAL/CITY OF CHICAGO COMM CONT FEE INVOICE #0004356290 | LAKESHORE RECYCLING SYSTEMS | $288.00 |
| 05-Feb-20 | ELECTRIC BILL 6904-06 CREGIER - BLDG    ACCOUNT # 8767705115 | COMED | $201.08 |
| 18-Feb-20 | ATTORNEY FEES: 1/14/2020  COURT APPEARANCE-CMC (DOUG), 1/31/2020 DRAFTED MOTION FOR APPROVAL OF 1ST INTERIM ACCOUNTING (DOUG)   INVOICE #27867 | HAUSELMAN & RAPPIN, LTD. | $800.00 |
| 27-Feb-20 | GAS BILL  6900 S CREGIER- BLDG ACCOUNT # 0611875781-00045 | PEOPLES GAS | $2,269.55 |
| February | Receiver fee for month | Community Initiatives Inc. | $530.00 |
| | | Total | $5,162.47 |

**Income**

| Rent Collected |
|----------------|
| $4,905 |

# 7940 S. Greenwood

## February 2020 Expenses and Income

**Expenses**

| Date | Memo | Paid To | Amount |
|---|---|---|---|
| 10-Feb-20 | 40 WINDOW AND 16 DOOR GUARD RENTAL  2/10/2020 THRU 3/11/2020 INVOICE #I-00000084657 | D.A.W.G.S | $993.60 |
| 14-Feb-20 | RECORDING ASSIGNMENT OF RECEIVERS CERT LIEN | COOK COUNTY RECORDER OF DEEDS | $98.00 |
| 14-Feb-20 | RECORDING CLAIM FOR RECEIVERS LIEN | COOK COUNTY RECORDER OF DEEDS | $98.00 |
| 18-Feb-20 | ELECTRIC BILL  BLDG ACCOUNT # 7768094165 | COMED | $65.91 |
| 19-Feb-20 | SNOW REMOVAL INVOICE #3022 | CLOVER SERVICING, INC. | $75.00 |
| February | Receiver fee for month | Community Initiatives Inc. | $530.00 |
| | | Total | $1,860.51 |

**Income**

| Rent Collected |
|---|

$0 vacant building

# 7719 S. Yates

## February 2020 Expenses and Income

**Expenses**

| Date | Memo | Paid To | Amount |
|------|------|---------|--------|
| 2/14/2020 | 75 WINDOW AND 5 DOOR GUARD RENTAL 1/19/2020 THRU 2/18/2020 INVOICE #I-00000082837 | D.A.W.G.S | $1,100.00 |
| 2/14/2020 | RECORDING ASSIGNMENT OR RECEIVERS CERT LIEN | COOK COUNTY RECORDER OF DEEDS | $98.00 |
| 2/14/2020 | RECORDING CLAIM FOR RECEIVERS LIEN | COOK COUNTY RECORDER OF DEEDS | $98.00 |
| 2/19/2020 | SNOW REMOVAL INVOICE #3023 | CLOVER SERVICING, INC. | $75.00 |
| February | Receiver fee for month | Community Initiatives Inc. | $215 |
| | | Total | $1,586.00 |

**Income**



$0 vacant building